IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SCOTT EUGENE MEDFORD,

        Petitioner,

    v.

ROB PERSSON,

        Respondent.

Case No. 6:12-cv-02177-AC

ORDER

_____

Aiken, Chief Judge:

      Magistrate Judge Acosta filed his Findings and Recommendation on January 15, 2015. Magistrate Judge Acosta recommends that the petition for writ of habeas corpus be denied and this case dismissed. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). Petitioner timely filed objections to

-1-   ORDER

the Findings and Recommendation. Upon de novo review, I find no error in Magistrate Judge
Acosta's thorough analysis.

THEREFORE, IT IS HEREBY ORDERED that Magistrate Judge Acosta's Findings and
Recommendation (doc. 38) filed January 15, 2015 is ADOPTED in its entirety. The Petition for Writ
of Habeas Corpus (doc. 1) is DENIED and this case is DISMISSED.

Should petitioner appeal, a certificate of appealability is denied as petitioner has not made
a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

Dated this 24 day of February, 2015.

_____
Ann Aiken
United States District Judge

-2-    ORDER